UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.06-14237

ARISTA RECORDS LLC, ET.AL,

    Plaintiff(s),

-V-

SARA ADAMS,

    Defendant(s).
_____/

ORDER OF DISMISSAL
At a session of said Court held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on the 24th
day of January, 2008.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a Stipulation for Dismissal but no order having been presented;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED without prejudice pursuant to the stipulation of the parties filed January 24, 2008.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: January 24, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 24, 2008, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager